MARK A. MANNING
HARDER, WELLS, BARON & MANNING, P.C
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
Fax: (541) 344-6099
mmanning@chwb.net
Of Attorneys for the Plaintiff

RECVD*06 FEB 01 11:30 USDC-ORP

FILED*06 FEB 02 15:00 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREW R. KINDER, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JO ANNE B. BARNHART, )<br>Commissioner, Social Security )<br>Administration , )<br><br>Defendant. ) | Civil No. 04-6350-JO<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney, Mark Manning, an attorney fee in the amount of $2,954.83 and expenses in the amount of $25.00 pursuant to 28 U.S.C. §2412 under the EAJA; and costs in filing fees of $150.00, pursuant to 28 U.S.C. §1920 under the EAJA,

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO EAJA

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,129.83 as full settlement of any and all claims for attorney fees, expenses and costs under the EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _2nd_ day of ___Feb___, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: _____
       Mark Manning, OSB #00311
       Of Attorneys for Plaintiff